## HENRY WALLER, JR.

### *v.*

## THOMAS TULLY, JR.

CONSTITUTIONAL LAW — *act allowing judges to hold branch courts out of their circuit.* The act of May 3, 1873, entitled "An act authorizing circuit judges to hold branch courts in other than their judicial districts," is not unconstitutional.

WRIT OF ERROR to the Superior Court of Cook county; the Hon. JOHN A. JAMESON, Judge, presiding.

This was an action of assumpsit, by Thomas Tully, Jr., against Henry Waller, Jr. At the April term, 1874, before the Hon. JOSIAH McROBERTS, a judgment was rendered in the cause by default, for $1,421.84 and costs. Afterward, the defendant moved the branch court, before Judge JAMESON, to set aside this judgment, on an affidavit that Judge GARY was, when it was rendered, holding the criminal court of Cook county, etc. The motion was denied, and the defendant excepted.

Mr. W. T. BURGESS, for the plaintiff in error.

Messrs. RUNYAN, AVERY & COMSTOCK, for the defendant in error.

Mr. JUSTICE SCHOLFIELD delivered the opinion of the Court:

The only question made in this case is, the constitutionality of the act of May 3, 1873, entitled "An act authorizing circuit judges to hold branch courts in other than their judicial districts."

This question was settled in *Jones* v. *Albee*, 70 Ill. 34, in favor of the validity of the act, and that decision has since been followed in various other cases.

The judgment is affirmed.

*Judgment affirmed.*